**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Delia Jeanette Hanna |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Maryland |
| Case number | 1428081 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2019

**New total payment:**
Principal, interest, and escrow, if any $ 1758.68

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 2 5

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 662.14      New escrow payment: $ 680.70

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)
      Reason for change:

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Official Form 410S1              Notice of Mortgage Payment Change              page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Tavon Taylor                    Date  03/21/2019
Signature

Print: TAYLOR, TAVON                           VP Loan Documentation
First Name   Middle Name   Last Name           Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number       Street
         1000 Blue Gentian Road
         Address 2

         Eagan                    MN    55121-7700
         City                     State  ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                   Email

# UNITED STATES BANKRUPTCY COURT

District of Maryland

Chapter 13   No. 1428081
Judge: Thomas J. Catliota

In re:

Delia Jeanette Hanna

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before March 22, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid

Delia Jeanette Hanna
11219 Basswood Terrace

Laurel MD 20708

By U.S. Postal Service First Class Mail Postage Prepaid
N/A

Debtor's Attorney:   By U.S. Postal Service First Class Mail Postage Prepaid

Glen Capers
UpRight Law LLC
1875 I St. NW
5th Floor
Washington DC 20006

By U.S. Postal Service First Class Mail Postage Prepaid
N/A

Trustee:   By U.S. Postal Service First Class Mail Postage Prepaid

Nancy Spencer Grigsby
Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis MD 21401

/s/Tavon Taylor
VP Loan Documentation
Wells Fargo Bank, N.A.

PERF



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | March 7, 2019 |
| **Loan number:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Property address:** | |
| | 11219  BASSWOOD TERRACE |
| | LAUREL MD 20708 |

### Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

JEANETTE HANNA
11219 BASSWOOD TER
LAUREL MD 20708-3173

**PLEASE NOTE:** *If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **May 1, 2019** payment, the contractual portion of the escrow payment **increases**.

> **The escrow account has a shortage of**
> **$1,942.95**

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 48 months

| | Previous payment through 04/01/2019 payment date | New payment beginning with the 05/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $1,077.98 | $1,077.98 |
| **Escrow payment** | $662.14 | $680.70 |
| **Total payment amount** | $1,740.12 | $1,758.68 |

**Option 1: No action required**

Starting **May 1, 2019** the new contractual payment amount will be **$1,758.68**

### Option 2 — Pay the shortage amount of $1,942.95

| | Previous payment through 04/01/2019 payment date | New payment beginning with the 05/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $1,077.98 | $1,077.98 |
| **Escrow payment** | $662.14 | $640.22 |
| **Total payment amount** | $1,740.12 | $1,718.20 |

**Option 2: Pay shortage in full**

Starting **May 1, 2019** the new contractual payment amount will be **$1,718.20**

See Page 2 for additional details.



JEANETTE HANNA

Wells Fargo Home Mortgage
PO Box 105647
Atlanta, GA 30348-5647

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $1,942.95 to the address that appears on this coupon.

This payment must be received no later than **May 1, 2019**.

936▮▮▮▮▮▮   7 10 02 00173962 00171820 00368257 00194295 9

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $7,422.29. For the coming year, we expect the amount paid from escrow to be $7,682.63.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 01/17 - 12/17 (Actual) | 11/17 - 10/18 (Actual) | 05/18 - 03/19 (Actual) | 05/19 - 04/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $5,052.57 | $5,108.08 | $5,163.59 | $5,163.59 | ÷ | 12 | = | $430.30 |
| **Property insurance** | $906.00 | $957.00 | $957.00 | $957.00 | ÷ | 12 | = | $79.75 |
| **Total taxes and insurance** | $5,958.57 | $6,065.08 | $6,120.59 | $6,120.59 | ÷ | 12 | = | $510.05 |
| **Escrow shortage** | $138.54 | $2,294.66 | $2,124.98 | $1,942.95 | ÷ | 48 | = | $40.48** |
| **Mortgage insurance** | $1,562.04 | $1,562.04 | $1,301.70 | $1,562.04 | ÷ | 12 | = | $130.17 |
| **Total escrow** | $7,659.15 | $9,921.78 | $9,547.27 | $9,625.58 |  |  |  | $680.70 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  December, 2019 |   | -$922.85 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $1,020.10 | (Calculated as: $510.05  X 2 months) |
| **Escrow shortage** | = | -$1,942.95 |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

Escrow account projections from May, 2019 to April, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Apr 2019 | | | Starting balance | $1,117.34 | $3,060.29 |
| May 2019 | $640.22 | $130.17 | PMI Insurance | $1,627.39 | $3,570.34 |
| Jun 2019 | $640.22 | $130.17 | PMI Insurance | $2,137.44 | $4,080.39 |
| Jul 2019 | $640.22 | $130.17 | PMI Insurance | $2,647.49 | $4,590.44 |
| Aug 2019 | $640.22 | $130.17 | PMI Insurance | $3,157.54 | $5,100.49 |
| Sep 2019 | $640.22 | $130.17 | PMI Insurance | $3,667.59 | $5,610.54 |
| Sep 2019 | $0.00 | $2,581.80 | PRINCE GEORGES CO-2 (W) | $1,085.79 | $3,028.74 |
| Sep 2019 | $0.00 | $957.00 | STATE FARM INS | $128.79 | $2,071.74 |
| Oct 2019 | $640.22 | $130.17 | PMI Insurance | $638.84 | $2,581.79 |
| Nov 2019 | $640.22 | $130.17 | PMI Insurance | $1,148.89 | $3,091.84 |
| Dec 2019 | $640.22 | $130.17 | PMI Insurance | $1,658.94 | $3,601.89 |
| Dec 2019 | $0.00 | $2,581.79 | PRINCE GEORGES CO-2 (W) | -$922.85 | $1,020.10 |
| Jan 2020 | $640.22 | $130.17 | PMI Insurance | -$412.80 | $1,530.15 |
| Feb 2020 | $640.22 | $130.17 | PMI Insurance | $97.25 | $2,040.20 |
| Mar 2020 | $640.22 | $130.17 | PMI Insurance | $607.30 | $2,550.25 |
| Apr 2020 | $640.22 | $130.17 | PMI Insurance | $1,117.35 | $3,060.30 |
| Totals | $7,682.64 | $7,682.63 | | | |

## Part 4 - Escrow account history

Escrow account activity from May, 2018 to April, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| May 2018 | | | | | | | Starting Balance | -$3,763.44 | $2,979.27 | -$6,742.71 |
| May 2018 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$3,763.44 | $3,475.82 | -$7,239.26 |
| May 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$3,893.61 | $3,475.82 | -$7,369.43 |
| Jun 2018 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$3,893.61 | $3,972.37 | -$7,865.98 |
| Jun 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$4,023.78 | $3,972.37 | -$7,996.15 |
| Jul 2018 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$4,023.78 | $4,468.92 | -$8,492.70 |
| Jul 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$4,153.95 | $4,468.92 | -$8,622.87 |
| Aug 2018 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$4,153.95 | $4,965.47 | -$9,119.42 |
| Aug 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$4,284.12 | $4,965.47 | -$9,249.59 |
| Aug 2018 | $0.00 | $0.00 | $0.00 | $957.00 | $0.00 | $957.00 | STATE FARM INS | -$5,241.12 | $4,965.47 | -$10,206.59 |
| Sep 2018 | $647.89 | $626.72 | $21.17 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$4,593.23 | $5,462.02 | -$10,055.25 |
| Sep 2018 | $0.00 | $0.00 | $0.00 | $2,581.80 | $2,526.29 | $55.51 | PRINCE GEORGES CO-2 (W) | -$7,175.03 | $2,935.73 | -$10,110.76 |
| Sep 2018 | $0.00 | $0.00 | $0.00 | $0.00 | $906.00 | -$906.00 | STATE FARM INS | -$7,175.03 | $2,029.73 | -$9,204.76 |
| Sep 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$7,305.20 | $2,029.73 | -$9,334.93 |
| Oct 2018 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$7,305.20 | $2,526.28 | -$9,831.48 |
| Oct 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$7,435.37 | $2,526.28 | -$9,961.65 |
| Nov 2018 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$7,435.37 | $3,022.83 | -$10,458.20 |
| Nov 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$7,565.54 | $3,022.83 | -$10,588.37 |
| Dec 2018 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$7,565.54 | $3,519.38 | -$11,084.92 |
| Dec 2018 | $0.00 | $0.00 | $0.00 | $2,581.79 | $2,526.28 | $55.51 | PRINCE GEORGES CO-2 (W) | -$10,147.33 | $993.10 | -$11,140.43 |
| Dec 2018 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$10,277.50 | $993.10 | -$11,270.60 |
| Jan 2019 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$10,277.50 | $1,489.65 | -$11,767.15 |
| Jan 2019 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$10,407.67 | $1,489.65 | -$11,897.32 |
| Feb 2019 | $0.00 | $626.72 | -$626.72 | $0.00 | $130.17 | -$130.17 | PMI Insurance | -$10,407.67 | $1,986.20 | -$12,393.87 |
| Feb 2019 | $0.00 | $0.00 | $0.00 | $130.17 | $0.00 | $130.17 | PMI Insurance | -$10,537.84 | $1,986.20 | -$12,524.04 |
| Mar 2019 (estimate) | $11,253.38 | $626.72 | $10,626.66 | $130.17 | $130.17 | $0.00 | PMI Insurance | $585.37 | $2,482.75 | -$1,897.38 |
| Apr 2019 (estimate) | $662.14 | $626.72 | $35.42 | $130.17 | $130.17 | $0.00 | PMI Insurance | $1,117.34 | $2,979.30 | -$1,861.96 |
| Totals | $12,563.41 | $7,520.64 | $5,042.77 | $7,682.63 | $7,520.61 | $162.02 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801   4/18

EQUAL HOUSING LENDER

**Important notice**

Your mortgage may require private mortgage insurance (PMI) which protects lenders against financial loss should borrowers default on their mortgage. Under certain circumstances, federal law allows you to cancel PMI or requires that PMI be automatically terminated. This could reduce your mortgage payment. If you paid for the PMI policy upfront at the time of closing, cancelling PMI will not impact your monthly mortgage payment amount.

**Under Federal law**

If you obtained your mortgage on or after July 29, 1999 and used the funds to purchase, construct, or refinance your primary residence, your mortgage is covered by the Homeowners Protection Act of 1998 (HPA). If you obtained your mortgage before July 29, 1999, or if your property has multiple units or is an investment property, your loan is not covered by the HPA.

There are two ways in which you may proceed:

1. **Cancellation requested by borrower**
   You can request to have the PMI cancelled on or after either of these dates:
   - The date the principal balance of your mortgage is first scheduled to reach 80% of the original value of the property.
   - The date the principal balance actually reaches 80% of the original value of the property.

   You must also meet these qualifications:
   - Your loan must be current on your mortgage payments with no past due payments owed. You must also have a good payment history. A good payment history is defined as not having any payments 30 or more days late in the last 12 months and no payments 60 or more days late in the last 24 months.
   - At your own expense, you must order a new valuation through us that shows the value of your property has not declined below its original value. Original value is defined as the lesser of either the appraisal value of your property when your loan closed or the actual price you paid for your property.

2. **Automatic termination of PMI**
   We will automatically terminate your PMI on the following date:
   - The date the principal balance of your mortgage is first scheduled to reach 78% of the original value of the property.
   - While not required by the HPA, we will also allow you to make a principal payment to reach 78% of the original value of the property.

   You must also meet these qualifications:
   - You are up-to-date on your mortgage payments.
   - If you are not current on your mortgage payments as of the scheduled termination date, your PMI will automatically be terminated when you become current.

   In any event, PMI will not be required beyond the midpoint of your amortization period for the loan as long as you are current on your mortgage payments.

**Investor options**

The investor who owns your loan may allow additional options to cancel PMI using your property's current value. To learn more about your specific investor options, please contact us.

**Are you eligible to have your PMI cancelled or terminated?**

Our servicing representatives will be happy to let you know if you meet the requirements to have your PMI cancelled or terminated. They will advise you whether an appraisal is required.

If you have any questions or need further assistance, please contact us at the phone number provided on the front of the statement.